UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALDEN ALEXANDER THOMAS, SR., | ) |
| Petitioner, | ) Case No. CV 12-2730 DSF (AJW) |
| v. | ) |
| | ) ORDER ACCEPTING REPORT AND |
| DOMINGO URIBE, JR., WARDEN, | ) RECOMMENDATION OF |
| | ) MAGISTRATE JUDGE |
| Respondent. | ) |

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report"), and petitioner's objections. The Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a _de novo_ determination of the portions to which objections were directed.

6/4/12

DATED: _____

_Dale S. Fischer_

_____
Dale S. Fischer
United States District Judge