UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

**ALDEN ALEXANDER THOMAS, SR.,** )
                        Petitioner,   ) Case No. CV 12-2730-DSF(AJW)
                        v. )
**DOMINGO URIBE, JR., WARDEN,** )     JUDGMENT
                        Respondent. )

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated: 6/4/12

_____
Dale S. Fischer
United States District Judge